UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ROSE WORKMAN,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No. 1:25-cv-00826-CDB (SS)<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 17) |

Pending before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), filed on November 4, 2025. (Doc. 17). The parties have consented to the jurisdiction of a U.S. magistrate judge for all purposes. *See* (Doc. 18) (reassignment order, citing 28 U.S.C. § 636(c)(1)).

Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge (ALJ) for a new decision; and

///

///

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:   **November 5, 2025**

_____
UNITED STATES MAGISTRATE JUDGE